**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

————————————

**NO. 09-20-00050-CV**

————————————

**CARMEN DEL AGUILA, Appellant**

**V.**

**MARK J. FIELDS REVOCABLE TRUST, Appellee**

On Appeal from the 258th District Court
San Jacinto County, Texas
Trial Cause No. CV15,430

**MEMORANDUM OPINION**

Carmen Del Aguila appealed from a judgment signed on November 13, 2019. On June 29, 2020, we notified the parties that the clerk's record had not been filed due to appellant's failure to pay, or to arrange to pay, the District Clerk's fee for preparing the clerk's record. The notice also warned appellant that the appeal would be dismissed for want of prosecution unless she established that she paid the fee or needed additional time to do so. Appellant did not respond to this Court's notice.

Appellant did not file an affidavit of indigence on appeal and has not shown that she is entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.1. There being no satisfactory explanation for the failure to file the clerk's record, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b); Tex. R. App. P. 42.3.

APPEAL DISMISSED.

PER CURIAM

Submitted on August 24, 2020
Opinion Delivered August 31, 2020

Before Kreger, Horton, and Johnson, JJ.